**United States Bankruptcy Court**
**District of Kansas**

In re   Michael Tae-Kim Ahlers                                    Case No.
                    Debtor(s)                                     Chapter    7

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Executed on   March 7, 2019        (date) by   /s/ Michael Tae-Kim Ahlers
                                               Michael Tae-Kim Ahlers          (debtor)



Cerner Corporation   2800 Rockcreek Parkway Kansas City, MO 64117   +1 (816) 221-1024
Michael Ahlers   8759 SUNRAY LENEXA, KS 66227

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Ahlers | Cerner Corporation | 064588 | 12/23/2018 | 01/05/2019 | 01/11/2019 | |

| Cost Center | Location | | Job Profile | Pay Rate Type | Pay Rate |
|---|---|---|---|---|---|
| Financial Alignment Support | Continuous South Tower | | Consultant | Salary | 88000 |

| | Gross Pay | Post Tax Deductions | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,384.62 | 38.99 | 457.98 | 358.96 | 2,528.69 |
| YTD | 3,384.62 | 38.99 | 457.98 | 358.96 | 2,528.69 |

| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 12/23/2018 - 01/05/2019 | | | 3,384.62 | 3,384.62 | Social Security | 194.05 | 194.05 |
| | | | | | | Medicare | 45.38 | 45.38 |
| | | | | | | Federal Withholding | 144.55 | 144.55 |
| | | | | | | State Tax - KS | 74.00 | 74.00 |
| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | 3,384.62 | 3,384.62 | Associate Taxes | 457.98 | 457.98 |

| Post Tax Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Child Life | 0.89 | 0.89 | 401(k) Savings Plan | 101.54 | 101.54 |
| First Hand - Flat Amount | 10.00 | 10.00 | Dental Before Tax | 36.30 | 36.30 |
| Spouse Life | 10.50 | 10.50 | Healthcare Spending Account | 25.00 | 25.00 |
| Supplemental Life | 17.60 | 17.60 | Medical Before Tax | 189.94 | 189.94 |
| | | | Vision Before Tax | 6.18 | 6.18 |
| Post Tax Deductions | 38.99 | 38.99 | Deductions | 358.96 | 358.96 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Savings Plan | 33.51 | 33.51 | OASDI - Taxable Wages | 3,129.83 | 3,129.83 |
| AD&D | 0.45 | 0.45 | Medicare - Taxable Wages | 3,129.83 | 3,129.83 |
| Associate Assistance Program | 0.52 | 0.52 | Federal Withholding - Taxable Wages | 3,028.29 | 3,028.29 |
| Life Insurance | 1.34 | 1.34 | State Tax Taxable Wages - KS | 3,028.29 | 3,028.29 |
| GTL | 2.63 | 2.63 | | | |
| Dental - ER | 10.80 | 10.80 | | | |
| Medical - ER | 631.85 | 631.85 | | | |
| Travel Accident Ins - ER | 0.15 | 0.15 | | | |
| Employer Paid Benefits | 681.25 | 681.25 | | | |

| | Federal | State | Absence Plans | | |
|---|---|---|---|---|---|
| Marital Status | Married but withhold at higher Single rate | Joint | Description | Accrued | Available |
| | | | US Personal Time Off Plan | 4.6154 | 26.154 |
| Allowances | 10 | 10 | | | |
| Additional Withholding | 0 | 0 | | | |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| UMB | Maria | ******4222 | 2,528.69 |

Case 19-20439    Doc# 3    Filed 03/11/19    Page 2 of 6



Cerner Corporation   2800 Rockcreek Parkway Kansas City, MO 64117   +1 (816) 221-1024
Michael Ahlers   8759 SUNRAY LENEXA, KS 66227

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Ahlers | Cerner Corporation | 064588 | 01/06/2019 | 01/19/2019 | 01/25/2019 | |

| Cost Center | Location | | Job Profile | Pay Rate Type | Pay Rate |
|---|---|---|---|---|---|
| Financial Alignment Support | Continuous South Tower | . | Consultant | Salary | 88000 |

| | Gross Pay | Post Tax Deductions | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,384.62 | 38.99 | 457.99 | 358.96 | 2,528.68 |
| YTD | 6,769.24 | 77.98 | 915.97 | 717.92 | 5,057.37 |

| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Salary | 01/06/2019 - 01/19/2019 | | | 3,384.62 | 6,769.24 | Social Security | 194.05 | 388.10 |
| | | | | | | Medicare | 45.39 | 90.77 |
| | | | | | | Federal Withholding | 144.55 | 289.10 |
| | | | | | | State Tax - KS | 74.00 | 148.00 |
| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | 3,384.62 | 6,769.24 | Associate Taxes | 457.99 | 915.97 |

| Post Tax Deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Child Life | 0.89 | 1.78 | 401(k) Savings Plan | 101.54 | 203.08 |
| First Hand - Flat Amount | 10.00 | 20.00 | Dental Before Tax | 36.30 | 72.60 |
| Spouse Life | 10.50 | 21.00 | Healthcare Spending Account | 25.00 | 50.00 |
| Supplemental Life | 17.60 | 35.20 | Medical Before Tax | 189.94 | 379.88 |
| | | | Vision Before Tax | 6.18 | 12.36 |
| Post Tax Deductions | 38.99 | 77.98 | Deductions | 358.96 | 717.92 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Savings Plan | 33.51 | 67.02 | OASDI - Taxable Wages | 3,129.83 | 6,259.66 |
| AD&D | 0.45 | 0.90 | Medicare - Taxable Wages | 3,129.83 | 6,259.66 |
| Associate Assistance Program | 0.52 | 1.04 | Federal Withholding - Taxable Wages | 3,028.29 | 6,056.58 |
| Life Insurance | 1.34 | 2.68 | State Tax Taxable Wages - KS | 3,028.29 | 6,056.58 |
| GTL | 2.63 | 5.26 | | | |
| Dental - ER | 10.80 | 21.60 | | | |
| Medical - ER | 631.85 | 1,263.70 | | | |
| Travel Accident Ins - ER | 0.15 | 0.30 | | | |
| Employer Paid Benefits | 681.25 | 1,362.50 | | | |

| | Federal | State | Absence Plans | | |
|---|---|---|---|---|---|
| Marital Status | Married but withhold at higher Single rate | Joint | Description | Accrued | Available |
| | | | US Personal Time Off Plan | 4.6154 | 30.7694 |
| Allowances | 10 | 10 | | | |
| Additional Withholding | 0 | 0 | | | |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| UMB | Maria | ******4222 | 2,528.68 |

Case 19-20439   Doc# 3   Filed 03/11/19   Page 3 of 6



Cerner Corporation  2800 Rockcreek Parkway Kansas City, MO 64117  +1 (816) 221-1024
Michael Ahlers  8759 SUNRAY LENEXA, KS 66227

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Ahlers | Cerner Corporation | 064588 | 01/20/2019 | 02/02/2019 | 02/08/2019 | |

| Cost Center | Location | | Job Profile | Pay Rate Type | Pay Rate |
|---|---|---|---|---|---|
| Financial Alignment Support | Continuous South Tower | | Consultant | Salary | 88000 |

| | Gross Pay | Post Tax Deductions | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,384.62 | 38.99 | 457.98 | 358.96 | 2,528.69 |
| YTD | 10,153.86 | 116.97 | 1,373.95 | 1,076.88 | 7,586.06 |

### Earnings - * Denotes Items that do Not Add to Gross Pay

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Salary | 01/20/2019 - 02/02/2019 | | | 3,384.62 | 10,153.86 |
| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | 3,384.62 | 10,153.86 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 194.05 | 582.15 |
| Medicare | 45.38 | 136.15 |
| Federal Withholding | 144.55 | 433.65 |
| State Tax - KS | 74.00 | 222.00 |
| Associate Taxes | 457.98 | 1,373.95 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life | 0.89 | 2.67 |
| First Hand - Flat Amount | 10.00 | 30.00 |
| Spouse Life | 10.50 | 31.50 |
| Supplemental Life | 17.60 | 52.80 |
| Post Tax Deductions | 38.99 | 116.97 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan | 101.54 | 304.62 |
| Dental Before Tax | 36.30 | 108.90 |
| Healthcare Spending Account | 25.00 | 75.00 |
| Medical Before Tax | 189.94 | 569.82 |
| Vision Before Tax | 6.18 | 18.54 |
| Deductions | 358.96 | 1,076.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Savings Plan | 33.51 | 100.53 |
| AD&D | 0.45 | 1.35 |
| Associate Assistance Program | 0.52 | 1.56 |
| Life Insurance | 1.34 | 4.02 |
| GTL | 2.63 | 7.89 |
| Dental - ER | 10.80 | 32.40 |
| Medical - ER | 631.85 | 1,895.55 |
| Travel Accident Ins - ER | 0.15 | 0.45 |
| Employer Paid Benefits | 681.25 | 2,043.75 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,129.83 | 9,389.49 |
| Medicare - Taxable Wages | 3,129.83 | 9,389.49 |
| Federal Withholding - Taxable Wages | 3,028.29 | 9,084.87 |
| State Tax Taxable Wages - KS | 3,028.29 | 9,084.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | Joint |
| Allowances | 10 | 10 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Available |
|---|---|---|
| US Personal Time Off Plan | 4.6154 | 35.3848 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| UMB | Maria | ******4222 | 2,528.69 |

Case 19-20439   Doc# 3   Filed 03/11/19   Page 4 of 6






No



Doc

13 day

Details

View

Paym
02/19
Payme
5 day

Docu
Cerne
is now
13 da



Cerner Corporation 2800 Rockcreek Parkway Kansas City, MO 64117 +1 (816) 221-1024
Michael Ahlers 8759 SUNRAY LENEXA, KS 66227

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Ahlers | Cerner Corporation | 064588 | 02/17/2019 | 03/02/2019 | 03/08/2019 | |

| Cost Center | Location | | Job Profile | Pay Rate Type | Pay Rate |
|---|---|---|---|---|---|
| Financial Alignment Support | Continuous South Tower | | Consultant | Salary | 88000 |

| | Gross Pay | Post Tax Deductions | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,384.62 | 38.99 | 413.59 | 358.96 | 2,573.08 |
| YTD | 16,923.10 | 194.95 | 2,245.52 | 1,794.80 | 12,687.83 |

| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Salary | 02/17/2019 - 03/02/2019 | | | 3,384.62 | 16,923.10 |
| Earnings - * Denotes Items that do Not Add to Gross Pay | | | | 3,384.62 | 16,923.10 |

| Associate Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 194.05 | 970.25 |
| Medicare | 45.38 | 226.91 |
| Federal Withholding | 100.16 | 678.36 |
| State Tax - KS | 74.00 | 370.00 |
| Associate Taxes | 413.59 | 2,245.52 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Child Life | 0.89 | 4.45 |
| First Hand - Flat Amount | 10.00 | 50.00 |
| Spouse Life | 10.50 | 52.50 |
| Supplemental Life | 17.60 | 88.00 |
| Post Tax Deductions | 38.99 | 194.95 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Savings Plan | 101.54 | 507.70 |
| Dental Before Tax | 36.30 | 181.50 |
| Healthcare Spending Account | 25.00 | 125.00 |
| Medical Before Tax | 189.94 | 949.70 |
| Vision Before Tax | 6.18 | 30.90 |
| Deductions | 358.96 | 1,794.80 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Savings Plan | 33.51 | 167.55 |
| AD&D | 0.45 | 2.25 |
| Associate Assistance Program | 0.52 | 2.60 |
| Life Insurance | 1.34 | 6.70 |
| GTL | 2.63 | 13.15 |
| Dental - ER | 10.80 | 54.00 |
| Medical - ER | 631.85 | 3,159.25 |
| Travel Accident Ins - ER | 0.15 | 0.75 |
| Employer Paid Benefits | 681.25 | 3,406.25 |

| Subject or Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 3,129.83 | 15,649.15 |
| Medicare - Taxable Wages | 3,129.83 | 15,649.15 |
| Federal Withholding - Taxable Wages | 3,028.29 | 15,141.45 |
| State Tax Taxable Wages - KS | 3,028.29 | 15,141.45 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | Joint |
| Allowances | 10 | 10 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | |
|---|---|---|
| Description | Accrued | Available |
| US Personal Time Off Plan | 4.6154 | 32.6156 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| UMB | Maria | ******4222 | 2,573.08 |

Case 19-20439  Doc# 3  Filed 03/11/19  Page 6 of 6