# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| MICHAEL TAE-KIM AHLERS, | ) | CASE NO. 19-20439-rdb |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |

COMES NOW the Debtor, by and through his attorney, Joanne B. Stutz, and requests that the Clerk change the mailing address for the Creditor listed below as follows:

From:

To:

Americash Loans
880 Lee St Ste 302
Cummings, KS 66016

Americash Loans
3375 Main
Kansas City MO 64111

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
jstutz@emlawkc.com
*Attorneys For Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2019 the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

*/s/ Joanne B. Stutz*
Joanne B. Stutz

00823515