UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
MICHAEL TAE-KIM AHLERS ) CASE NO. 19-20439
)
Debtor. )

## CHANGE OF ADDRESS

COMES NOW the Debtor and requests that the clerk change the following address listed on the Court's mailing matrix as follows:

From:

TKRK
c/o Leigh Massey
2600 Grand Blvd. Ste. 1100
Kansas City, MO 64108

To:

TKRK
c/o Leigh Massey
2400 Pershing #500
Kansas City, MO 64108

EVANS & MULLINIX, P.A.

*/s/ Joanne B. Stutz*
Joanne B. Stutz, KS #12365; MO #30820
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
jstutz@emlawkc.com
*Attorneys For Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

*/s/ Joanne B. Stutz*
Joanne B. Stutz

00824783