**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  19–20439                              Chapter:  7

In re:

Michael Tae–Kim Ahlers

8759 Sunray Drive
Lenexa, KS 66227

SSN: xxx–xx–3910

| Filed And Entered By The Court |
| --- |
| **7/16/19** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Christopher J. Redmond is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 21

s/ Robert D. Berger
United States Bankruptcy Judge